■ JOAN M. BLISS, as Administratrix of the Estate of CONRAD I. BLISS, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 74972.)—Order unanimously affirmed without costs for the reasons stated in the memorandum decision at the Court of Claims. Margolis, J. (Appeal from order of Court of Claims, Margolis, J.—summary judgment.) Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.